1  Sean O. Anderson
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Docket Number  6:16-po-00329-MJS

12         Plaintiff,

13     v.                                **MOTION TO DISMISS; AND ORDER THEREON**

14

15  JASON M. WARNOCK,

16         Defendant.

17

18        Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court

19  endorsed hereon, the United States hereby moves the Court for an order of dismissal of case *6:16-*

20  *po-00329-MJS*, without prejudice and in the interest of justice.

21

22                                        Respectfully submitted,

23
                                          McGREGOR SCOTT
24                                        United States Attorney

25

26     Dated:  November 18, 2020          */S/ Sean O. Anderson*
                                          SEAN O. ANDERSON
27                                        Legal Officer
28                                        Yosemite National Park

                                          1

**ORDER**

Upon Motion of the United States, the above referenced matter *United States v. Warnock,* case no. 6:16-po-00329-MJS, is dismissed, without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:    November 18, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE